

FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 1:35 pm, Oct 20, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ROBERT LEE RAWLS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:20-cv-84 |
| | * | |
| v. | * | |
| | * | |
| COFFEE COUNTY DETENTION CENTER; and JOHN AND/OR JANE DOES, | * | |
| | * | |
| | * | |
| Defendants. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 11. Plaintiff did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow a Court Order, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES**

Plaintiff *in forma pauperis* status on appeal.

    **SO ORDERED**, this \_\_20\_\_ day of \_\_October\_\_, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)